UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJINDER KANG,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARATHON FUNDING SERVICES,<br><br>　　　　　　　Defendants. | CASE NO. 2:19-cv-01724-RSM<br><br>**REPORT AND RECOMMENDATION** |

In this proposed removal action, Defendant Robert Crawford seeks leave to proceed in forma pauperis ("IFP"). Dkt. 1. The undersigned recommends the motion be denied.

DISCUSSION

As a general rule, all parties instituting any civil action, suit or proceeding in a United States District Court, must pay a filing fee. 28 U.S.C. § 1914(a). The Court may authorize the commencement of an action "without prepayment of fees and costs of security therefor, by a person who submits an affidavit that ... the person is unable to pay such fees or give security therefor." 28 U.S.C. § 1915(a)(1). "Permission to proceed in forma pauperis is itself a matter of privilege and not a right; denial of in forma pauperis status does not violate the applicant's right to due process." *Franklin v. Murphy*, 745 F.2d 1221, 1231 (9th Cir.1984) (citing *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir.1963)). The Court has broad discretion to grant or deny a motion to proceed IFP. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir.1990).

REPORT AND RECOMMENDATION - 1

By filing a request to proceed IFP, Defendant Crawford is asking the government to incur the filing fee because he allegedly is unable to afford the costs necessary to proceed with this removal action. However, defendant's application indicates he has sufficient funds to pay the filing fee as he has received $58,100 in income from rent, interest, or dividends in the past twelve months. Dkt. 1.

As it appears Defendant Crawford has sufficient funds to pay the filing fee, the undersigned recommends that the Court deny his IFP application (Dkt. 1).

## OBJECTIONS

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit by no later than fourteen (14) days after the filing of this Report and Recommendation. Objections, and any response, shall not exceed three pages. Failure to file objections within the specified time may affect your right to appeal. Objections should be filed in Case 2:19-cv-01724-RSM and noted for consideration on the District Judge's motion calendar fourteen (14) days after they are served and filed. Responses to objections, if any, shall be filed no later than fourteen (14) days after service and filing of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on the date that objections were due.

DATED this 28th day of October, 2019.

BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2