UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RAJINDER KANG, | CASE NO. C19-1724 RSM |
| Plaintiff, | ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| MARATHON FUNDING SERVICES, INC., et al., | |
| Defendants. | |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses thereto, and the remaining record, the Court finds and **ORDERS**:

1. The Court **ADOPTS** the Report and Recommendation;

2. Defendant Robert Crawford's motion for leave to proceed in forma pauperis (Dkt. #1) is **DENIED**;

3. Defendant Crawford shall pay the filing fee **within 30 days** from the date of this Order, or this action will be dismissed; and

4. The Clerk is directed to send copies of this order to the parties and to Judge Tsuchida.

Dated this 13th day of November 2019.

_____
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1