UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAJINDER KANG,

    Plaintiff,

    v.

MARATHON FUNDING SERVICES, INC., et al.,

    Defendants.

CASE NO. C19-1724RSM

ORDER GRANTING PLAINTIFF'S MOTION FOR DISMISSAL OR REMAND

This matter is before the Court on Plaintiff's Motion for Dismissal or Remand. Dkt. #5. This action was originally filed in state court, as a "post-foreclosure eviction," in April 2019. *Id.* at 1; Dkt. #1-1 at 1–2. Subsequently, Defendant Marathon Funding Services, Inc. ("Marathon"), filed for bankruptcy. Dkt. #1-1 at 2. After Plaintiff obtained relief from the automatic bankruptcy stay, Defendant Robert Crawford ("Crawford") removed this state court action on the basis that it was related to Marathon's ongoing bankruptcy. *Id.* In turn, Plaintiff filed his Motion for Dismissal or Remand, arguing that the Court lacks subject matter jurisdiction[1] and that the Bankruptcy Court, in lifting the stay, already determined that the underlying property at issue was not a part of Marathon's bankruptcy estate. Dkt. #5 at 3–5.

---

[1] Judge Coughenour remanded a prior attempt at removal for lack of jurisdiction. *Kang v. Marathon Funding Services Inc.*, Case No. C19-829JCC, Dkt. #12 (W.D. Wash. July 9, 2019).

ORDER – 1

| 1  | Crawford opposed the Motion for Dismissal or Remand.  Dkt. #8.  However, on
| 2  | November 18, 2019, Marathon's bankruptcy, upon which Crawford relied, was dismissed.  Dkt.
| 3  | #9 at 2–3.  Crawford filed notice with the Court as a "Reply in Support of the Plaintiff's Motion
| 4  | for Dismissal" indicating that "the central cause for the removal of this case is now moot." *Id.*
| 5  | at 1.  The Court interprets Crawford's filing as a concession on the issue of whether removal was
| 6  | proper and notes that Plaintiff did not file a separate reply—likely indicating the parties'
| 7  | understanding that dismissal of Marathon's bankruptcy precluded a basis for removal.
| 8  | Accordingly, and having reviewed the filings and the remainder of the record, the Court
| 9  | finds and ORDERS that Plaintiff's Motion for Dismissal or Remand (Dkt. #5) is GRANTED.
| 10 | The Clerk is DIRECTED to remand this case to King County Superior Court.
| 11 | Dated this 2 day of December, 2019.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE